UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-26-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRE LEMANE HARVEY | **ORDER TO SEAL** |

On motion of the Defendant, Andre Lemane Harvey, and for good cause shown, it is hereby ORDERED that [DE 28] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _20_ day of October, 2011.

_____
TERRENCE W. BOYLE
United States District Judge